UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HOUSTON CASUALTY COMPANY,

        Plaintiff,                                    Case No.: 1:20-cv-01434

- against -

CAVAN CORPORATION OF NY, INC. and
ENRIQUE MARTINEZ,

        Defendant.
------------------------------------------------------------------X

## **DEFAULT JUDGMENT**

Upon consideration of the Clerk's Entry of Default against Defendant Cavan Corporation of NY, Inc. and Plaintiff Houston Casualty Company's Motion for Default Judgment against Defendant Cavan Corporation of NY, Inc. (the "Motion"), and it appearing that Defendant Cavan Corporation of NY, Inc. has failed to file an answer or other responsive pleading to the Complaint within the time allowed under the Federal Rules of Civil Procedure, it is hereby:

**ORDERED, ADJUDGED AND DECREED:** That the Motion is hereby GRANTED; it is further

**ORDERED, ADJUDGED AND DECREED:** That the Defendant Cavan Corporation of NY, Inc. is hereby declared to be in default; it is further

**ORDERED, ADJUDGED AND DECREED:** That Plaintiff Houston Casualty has no duty to provide coverage; and it is further

**ORDERED, ADJUDGED AND DECREED:** That Plaintiff Houston Casualty have a judgment against Defendant Cavan Corporation of NY, Inc. in the amount of $380,714.96, with a total pre-judgment interest of $65,030.59 through August 1, 2020, plus interest of <u>9%</u>, from

August 1, 2020, through the date of the Order entered herein, in full reimbursement from Defendant Cavan Corporation of NY, Inc. for all fees, costs and expenses that Plaintiff Houston Casualty has incurred, continues to incur, and will incur with respect to the Underlying Actions referenced in the Complaint.

DONE AND ORDERED in New York, N.Y. this 7 day of Oct. 2020.

SO ORDERED:

_____
**HONORABLE EDGARDO RAMOS**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record