UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

HOUSTON CASUALTY COMPANY,

        Plaintiff,

        v.

CAVAN CORPORATION OF NEW YORK, INC.,
and ENRIQUE MARTINEZ,

        Defendants.

**ORDER**

20 Civ. 1434 (ER)

Ramos, D.J.:

    Houston Casualty Company brought this action against Cavan Corporation of New York and Enrique Martinez on February 19, 2020. Doc. 1. Martinez answered on March 20, 2020. Doc. 8. Cavan did not appear, and on October 7, 2020, the Court declared it to be in default. Doc. 27. There has been no further action in this matter since that time.

    Accordingly, the parties are directed to provide a status update to the Court by Wednesday, April 20, 2022.

    It is SO ORDERED.

Dated:    April 18, 2022
            New York, New York

                                              Edgardo Ramos, U.S.D.J.